UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| 1020 FOOD MARKET, INC., and MOHAMMAD ALZOUBI, Individually<br><br>Plaintiffs,<br><br>v.<br><br>STARR INDEMNITY & LIABILITY COMPANY<br><br>Defendant. | Case No. 2:20-cv-00169 |

## STIPULATION AND ORDER OF DISMISSAL

This matter having come before the Court upon stipulation by and between the parties pursuant to the terms and conditions of the parties' Confidential Settlement Agreement and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED:

(1) This matter, including Plaintiff's original Complaint and Amended Complaint and any other amendments thereto, is dismissed with prejudice and without costs to any party; and

(2) This dismissal order is deemed to dispose of all claims in this action and all claims that could have been raised in this action.

_____
HON. THERESA L SPRINGMANN
U.S. DISTRICT COURT JUDGE

4845-8777-1353.1

| | |
|---|---|
| /s/ Williams H. Walden<br>William H. Walden, Esq.<br>Attorney At Law<br>9638 Johnson Street<br>Crown Point, IN. 46307 | /s/ Zacarias Chacon<br>Lewis Brisbois Bisgaard & Smith LLP<br>550 W. Adams St., Suite 300<br>Chicago, IL 60601 |

4845-8777-1353.1